IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2019 MAR 18 A 11: 16
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Christian Andre Grissom, )
  Plaintiff, )
v. ) Case No: 2:19-cv-193-WHA-WC
)
Verizon Wireless Inc, )  **DEMAND FOR JURY TRIAL**
et al, )
  Defendant(s). )

## Complaint

Plaintiff demands a trail by jury.

### Count 1

1. Christian Andre Grissom is an inmate in the Alabama Dept. of Corrections [A.D.O.C] at P.O. Box 5107 Union Springs, Al 36089.

2. Defendant- Verizon Wireless Inc, at 1095 Avenue of the Americas, New York NY, 10013.

### Jurisdiction

Jurisdiction is given this United States District pursuant to Title 28 U.S. Code Section 1332- Diversity of Citizenship.

### Count 2

The defendant Verizon Wireless Inc, [her in after Verizon] on or about August 10th, 2014 violated it's custom Christian Andre Grissom's [ herein after Grissom] right to privacy, his 4th and 14th amendmant rights provided by the United States Constitution protected by Title 18, part 1, Chapter121 USC, The requirements creating exections to Grissom's right to privacy and his 4th and 14th Amendmant right of the United States Constitution, Which

States as follows:

"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrant shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."

Verizon was contacted by Sheriff Heath Taylor of Russell County Sheriff's office on August 7th, 2014 under the false premise of compliance with Title 18, Part 1, Chapter 121 subsection 2703(d) U.S.C requesting Grissom's phone records because a relevant investigation was going on a possible life threatening situation. Sheriff Taylor of Russell County never complied with the provisons of Title 18, Part 1, Chapter 121 U.S.C as he never submitted any facts, court order or even narrative how Grissom was involved with the request and what facts substantial that Keonte S. Chavis was in a life threatining situation.

Verizon negligently in violation of Grissom's right to privacy and 4th and 14th amendment rights released Grissoms phone records that were used arbitrarily to arrest him falsely imprison him.

Grissom didn't become aware of these violations until he was provided a copy and heard testimony at a suppression hearing August 2017, of Sheriff taylor's information given to Verizon.

### Relief

Grissom demands compensatory damages in the ammount of $100,000,000 million.

Grissom demands punitive damages in the ammount of $50,000,000 million.

Grissom demands a total judgement of $150,000,000 Million dollars.

*Christopher Arche Grissom* (signature)

Christian Andre Grissom
AIS # 311740     D¹-24B
Bullock Corr Facility
P.O. Box # 5107
Union Springs Al, 36089

MONTGOMERY AL 360

15 MAR 2019 PM 3 L



FOREVER / USA

To: United States District Clerks Office
      Middle District Of Alabama
  B110 Frank M. Johnson U.S. Court House Complex
      ONE Church St.
      P.O. Box # 711
    Montgomery Al, 36101

36104-401801