IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHRISTIAN A. GRISSOM
  PLAINTIFF,

V.                             Case No.3:19-CV-193-WKW-WC

Verizon Wireless Inc,
      et als,
  DEFENDANT(s),

[Stamp: RECEIVED 2019 MAY 24 A 10:01 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA]

AMENDED COMPLAINT
PLAINTIFF DEMANDS A TRIAL BY JURY.

## PARTIES

1. Christian Andre Grissom is an inmate in the Alabama Dept. of Corrections (A.D.O.C.) at P.O. Box 5107 Union Springs AL,36089.
2. Defendant Verizon Wireless Inc, at Avenue of The America S, New York, NY,10013.

## JURISDICTION

Jurisdiction is given this United States District pursuant to the Federal Tort Claims Act (F.T.C.A.).

Jurisdiction is given this United States District pursuant to Title 28U.S.Code Section 1332 - Diversity of Citezenship.

## COUNT 1

    The defendant Verizon Wireless Inc, (herein after Verizon) on or about August 10, 2014 violated it's customer Christian Andre Grissom's (herein after Grissom) right to privacy, his 4th and 14th amendment rights provided by the United States Constitution protected by Title 18, part 1, Chapter 121 U.S.C., the requirements creating exceptions to Grissom's right to privacy and his 4th and 14th amendment right of the United States Constitution, which states the following:

  "The right of the people to be secure in their person, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrant shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the person or things to be seized."

  Verizon was contacted by Sheriff Heath Taylor of the Russell County Sheriff's Office on August 7, 2014 under the false premise of compliance with Title 18, Part 1, Chapter 121 subsection 2703(d)

U.S.C. requesting Grissom's phone records because a relevant investigation was going on of a life threatening situation. Sheriff Taylor of Russell County never complied with the provisions of title 18, part 1, Chapter 121 U.S.C. as he never submitted any facts, court order or narrative how Grissom was involved with the request and what facts substantiating that Keonte S. Chavis was in a life threatening situation.

Verizon Wireless Inc, negligently in violation of Grissom's right to privacy and 4th and 14th amendment rights, released Grissom's phone records that were used arbitrarily to arrest and falsely imprison him.

Grissom didn't become aware of these violations until he was provided a copy and heard testimony of a suppression hearing August 2017, of Sheriff Taylor's information given to Verizon.

## RELIEF

Grissom demands compensatory damages in the ammount of 100,000,000 million.

Grissom demands punitive damages in the ammount of 50,000,000 million.

Grissom demands a total judgement in the ammount of 150,000,000 million.

_Christian Andre Grissom_

Christian A. Grissom   311 140
Bullock Corr. Facility
P.O. Box 5107
Union Springs, Al, 36089



MONTGOMERY AL
23 MAY 2019 PM 4 L

TO: Office of the Clerk
United States District Court
One Church Street, Suite B-110
Montgomery, Al, 36104-4018

* LEGAL MAIL *

36104-401801