IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTIAN ANDRE GRISSOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:19-CV-193-WKW |
| | ) | [WO] |
| VERIZON WIRELESS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On November 15, 2019, the Magistrate Judge filed a Recommendation (Doc. # 26) to which Plaintiff filed an objection (Doc. # 28). Based upon a *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636(b), it is ORDERED as follows:

(1)     The objection (Doc. # 28) is OVERRULED;

(2)     The Recommendation (Doc. # 26) is ADOPTED; and

(3)     This action is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) prior to service of process.

Final judgment will be entered separately.

DONE this 16th day of December, 2019.

/s/ W. Keith Watkins
_____
UNITED STATES DISTRICT JUDGE